IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEWIS L. FULWILEY,**

      **Plaintiff,**

v.

    Case No.: 2:19-cv-4995
    Chief Judge Algenon L. Marbley
    Magistrate Judge Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on September 14, 2020.  The Magistrate Judge recommended that the Court reverse the Commissioner's non-disability determination and remand this case for rehearing pursuant to Sentence Four of § 405(g).  (ECF No. 20).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED,** and this case is **REMANDED** to the Commissioner and the ALJ for rehearing pursuant to Sentence Four of § 405(g).

The Clerk shall remove ECF No. 20 from the Court's pending motions list and enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**

**ALGENON L. MARBLEY, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

**DATED: November 2, 2020**