# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEWIS L. FULWILEY, | : |
| | : Case No. 2:19-CV-4995 |
| **Plaintiff,** | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Vascura |
| ANDREW SAUL, ACTING | : |
| COMMISSIONER OF SOCIAL | : |
| SECURITY | : |
| **Defendant.** | : |

## ORDER

Before the Court is a Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act (the "EAJA") (ECF No. 23). The parties jointly stipulate that the Commissioner shall play Plaintiff's attorney fees in the amount of $4,200.00. The Court hereby **GRANTS** this motion [#23].

Counsel for the parties are **DIRECTED** to verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratlff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, the Commissioner shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: February 4, 2021**

1